1  | JOSEPH P. RUSSONIELLO (CABN 44332)
   | United States Attorney
2  |
   | MAUREEN BESSETTE (NYSBN 2468254)
3  | Chief, Oakland Branch
   |
4  | JAMES C. MANN (CABN 221603)
   | Assistant United States Attorney
5  |
   | NICHOLAS A. SCHROTH
6  | Law Clerk
7  | 1301 Clay Street, Suite 340S
   | Oakland, California 94612-5217
8  | Telephone: (510) 637-3737
   | Facsimile: (510) 637-3724
9  | E-Mail: nicholas.schroth@usdoj.gov

**FILED**

OCT 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10  Attorneys for Plaintiff

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA

13  OAKLAND DIVISION

14  UNITED STATES OF AMERICA,                )   No. CR-09-00759-WDB
                                             )
15          Plaintiff,                       )   STIPULATED REQUEST TO CONTINUE
                                             )   HEARING DATE TO OCTOBER 20, 2009
16      v.                                   )   AND TO EXCLUDE TIME UNDER THE
                                             )   SPEEDY TRIAL ACT
17  KEMI BIYIBI,                             )
                                             )   Date:      October 13, 2009
18          Defendant.                       )   Time:      10:00 a.m.
                                             )   Court:     Hon. Timothy J. Bommer
19                                           )
                                             )
20  _____)

21          The above-captioned matter is set on October 13, 2009 before this Court for a status

22  hearing.  The parties request that this Court continue the hearing to October 20, 2009 at 10:00

23  a.m. and that the Court exclude time under the Speedy Trial Act between the date of this

24  stipulation and October 20, 2009.

25          The government has produced discovery to defendant, and defendant needs additional

26  time to review the discovery and to investigate this matter.  Defendant also needs additional time

27  to gather and provide documents and information to the government related to this case.

28  Defendant is unavailable to appear on October 14, 2009, October 15, 2009, and October 16,

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME
CR-09-00759-WDB

1   2009.  The parties agree the ends of justice served by granting the continuance outweigh the best

2   interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and

3   request that the Court exclude time between the date of this stipulation and October 20, 2009

4   under the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §§

5   3161(h)(7)(A) and (B)(iv).

6

7   DATED: October 9, 2009

8

9

10      /s/                                                    /s/
    JAMES C. MANN                                 JOHN PAUL REICHMUTH
    Assistant United States Attorney              Counsel for Kemi Biyibi
11  Counsel for United States

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME
CR-09-00759-WDB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,  )   No. CR-09-00759-WDB
                           )
          Plaintiff,       )   [~~PROPOSED~~] ORDER GRANTING
                           )   STIPULATED REQUEST TO CONTINUE
     v.                    )   HEARING DATE TO OCTOBER 20, 2009
                           )   AND TO EXCLUDE TIME UNDER THE
KEMI BIYIBI,               )   SPEEDY TRIAL ACT
                           )
          Defendant.       )   Date:    October 13, 2009
                           )   Time:    10:00 a.m.
_____)   Court:   Hon. Timothy J. Bommer

17         The parties jointly requested that the hearing in this matter be continued from October 13,

18   2009 to October 20, 2009, and that time be excluded under the Speedy Trial Act between

19   October 13, 2009 and October 20, 2009 to allow for the effective preparation of counsel, taking

20   into account the exercise of due diligence.  The government has produced discovery to defendant,

21   and defendant needs additional time to review the discovery and to investigate this matter.

22   Defendant also needs additional time to gather and provide documents and information to the

23   government related to this case.  Defendant is unavailable to appear on October 14, 2009,

24   October 15, 2009, and October 16, 2009.  The parties agree the ends of justice served by granting

25   the continuance outweigh the best interests of the public and defendant in a speedy trial.  For

26   these stated reasons, the Court finds that the ends of justice served by granting the continuance

27   outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing

28   therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME
CR-09-00759-WDB

1    **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

2    October 13, 2009 to October 20, 2009 at 10:00 a.m., and that time between October 13, 2009

3    and October 20, 2009 is excluded under the Speedy Trial Act to allow for the effective

4    preparation of counsel, taking into account the exercise of due diligence.

5

6    DATED: _10/9/09_

7    HON. TIMOTHY J. BOMMER
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME
CR-09-00759-WDB