JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:     wade.rhyne@usdoj.gov

**FILED**

DEC 3 - 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEMI BIYIBI,<br><br>    Defendant. | No. CR-09-00759 WDB<br><br>STIPULATED REQUEST TO VACATE TRIAL DATE AND TO SET STATUS CONFERENCE ON DECEMBER 15, 2009<br><br>Date:   December 15, 2009<br>Time:  10:00 a.m.<br>Court:  Hon. Timothy J. Bommer |

    The above-captioned matter is currently set for jury trial before this Court on December 15, 2009. Because the parties have reached a resolution in this matter, we jointly request that this Court vacate the December 15, 2009 jury trial and put the matter on for status on December 15, 2009.

    The parties have reached an agreement to resolve the matter through the pre-trial diversion program and have submitted the case to Pre-Trial Services for evaluation as to whether Defendant is eligible for the program. On December 2, 2009, Pre-Trial Services informed Defendant's counsel that Pre-Trial Services would be issuing a final diversion report within the next week. Based on the loss amount and Defendant's lack of criminal history, the parties

STIP. AND [PROPOSED] ORDER
TO VACATE TRIAL DATE AND SET
STATUS CONFERENCE ON DECEMBER 15, 2009
No. CR-09-00759 WDB

believe Defendant will be approved for pre-trial diversion. Once the parties are in receipt of the final diversion report, we will be able to finalize the terms of Defendant's pre-trial diversion. Accordingly, in order to preserve the judicial, government, and defense resources associated with trial preparation, the parties jointly request that the matter be continued to December 15, 2009 for status. The parties anticipate that they will enter a final diversion agreement prior to December 15, 2009 and will inform the Court of the procedural posture of the case at the status conference. The Court has already excluded time under the Speedy Trial Act until December 15, 2009.

DATED: December 2, 2009

_____  
WADE M. RHYNE  
Assistant United States Attorney

/S/  
_____  
JOHN PAUL REICHMUTH  
Counsel for Defendant

I hereby attest that I have authorization to file this document on behalf of those individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed document.

STIP. AND [PROPOSED] ORDER  
TO VACATE TRIAL DATE AND SET  
STATUS CONFERENCE ON DECEMBER 15, 2009  
No. CR-09-00759 WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEMI BIYIBI,<br><br>Defendant. | No. CR-09-00759 WDB<br><br>[~~PROPOSED~~] ORDER TO VACATE TRIAL DATE AND TO SET STATUS CONFERENCE ON DECEMBER 15, 2009<br><br>Date: December 15, 2009<br>Time: 10:00 a.m.<br>Court: Hon. Timothy J. Bommer |

The parties jointly requested to vacate the December 15, 2009 trial date and to set this matter for status on December 15, 2009. The parties have informed the Court that they have agreed to resolve the matter through the pre-trial diversion program and have submitted the matter to Pre-Trial Services and are currently awaiting a final pre-trial diversion report.

Accordingly, **IT IS HEREBY ORDERED** that the December 15, 2009 trial dated is vacated and the matter is set for status on December 15, 2009. *All reasonable efforts shall be made to conclude this matter on Dec. 15, 2009.* 

DATED: 12/3/09

_____
HON. TIMOTHY J. BOMMER
United States Magistrate Judge

STIP. AND [~~PROPOSED~~] ORDER
TO VACATE TRIAL DATE AND SET
STATUS CONFERENCE ON DECEMBER 15, 2009
No. CR-09-00759 WDB