JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

MATTHEW DELLABETTA
Law Clerk

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3737
   Fax: (510) 637-3724
   E-Mail: matthew.dellabetta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00759 WDB |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|    v. ) | |
| KEMI BIYIBI, ) | |
|    Defendant. ) | |

On May 18, 2010 the parties were to appear before the Court for a status conference hearing in the above-captioned matter. Pretrial Services has recommended that the Defendant be granted a term of Pretrial Diversion for a period of one year. Thus, the parties hereby stipulate, with leave of the Court, that the May 18, 2010 status conference be vacated and a status conference be set for December 6, 2010 at 10:00 a.m. The United States will defer prosecution of the Defendant because of Pretrial Diversion. The parties further stipulate that time be excluded from the Speedy Trial Act for the purpose of allowing the Defendant to demonstrate

[PROPOSED] ORDER
CR-09-00759 WDB

her good conduct. 18 U.S.C. § 3161(h)(2).

Dated: May 18, 2010                                                  /s/
                                                    WADE M. RHYNE
                                                    Assistant United States Attorney

Dated: May 18, 2010                                                  /s/
                                                    JOHN PAUL REICHMUTH
                                                    Attorney for Defendant

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

1. The United States Attorney's Office has entered into a written agreement with the Defendant, Kemi Biyibi, to defer prosecution of her case to enable her to demonstrate her good conduct. The diversionary period is one year, and if the Defendant completes the diversion successfully, then the information in this case will be dismissed. The parties stipulate that with the Court's approval of this stipulation and order, the diversionary period is statutorily excluded under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(2).

2. Based on the parties' agreement for diversion, the Court vacates the May 18, 2010 status conference date and sets a new status conference date of December 6, 2010 at 10:00 a.m. on the Court's regular criminal calendar, and excludes time under the Speedy Trial act until November 19, 2010. *See* 18 U.S.C. § 3161(h)(2).

SO ORDERED.

DATED: May 19, 2010                                   _____
                                                    LAUREL BEELER
                                                    United States Magistrate Judge