BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
KEMI BIYIBI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 09-00759 WDB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [~~PROPOSED~~] ORDER |
| v. | |
| KEMI BIYIBI, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of December 14, 2010 presently scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for December 22, 2010 at ~~10:00~~ **9:30 a.m.** a.m., before the Oakland Duty Magistrate.

Pursuant to the recommendation of Pre-trial services and the written agreement of the parties, prosecution has been deferred to allow the defendant to demonstrate her good conduct.

CR-10-00042 SBA
Stipulation to Continuance and Exclusion of Time

1

1

2  A review date was set for December 6, 2010 but Ms. Biyibi was, inadvertently, not notified of

3  the court date.  Pre-trial services reported that she was in compliance with the requirements of her

4  diversion program.  A further review date was set for December 14, in order to give Ms. Biyibi

5  an opportunity to appear in court.  Ms. Biyibi works at the Alameda County Superior Court in

6  Hayward, California.   Because so many other people are on vacation during the week of

7  December 13, 2010, she cannot get any time off that week.  Therefore, the parties stipulate that

8  the status hearing date of December 14, 2010 be vacated and reset for December 22, 2010 at ~~10~~ **9:30 a.m.**

9  ~~a.m.~~.

10      The parties agree and stipulate that the time until December 22, 2010 should be excluded,

11  under 18 U.S.C. §3161(h)(2) for the purpose of allowing the defendant to demonstrate her good

12  conduct.

13

14  Date: December 6, 2010          /s/
                                    Ellen V. Leonida
15                                  Assistant Federal Public Defender
                                    Counsel for defendant KEMI BIYIBI
16

17

18  Date: December 6, 2010          /s/
                                    Wade M. Rhyne
19                                  Assistant United States Attorney

20

21     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.          /S/ Ellen V. Leonida
                                    Counsel for Defendant Kemi Biyibi
22

23

24

25

26

ORDER

The United States Attorney's Office has entered into a written agreement with the Defendant, Kemi Biyibi, to defer prosecution of her case in order to enable her to demonstrate her good conduct. The diversionary period is one year and, if Ms. Biyibi completes the diversion successfully, the information will be dismissed. The parties stipulate that with the Court's approval of this stipulation and order, the diversionary period is statutorily excluded under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(2).

The Court hereby vacates the December 14, 2010 status date and sets a status conference for December 22, 2010 at ~~10~~ **9:30 a.m.** Time is excluded until December 22, 2010 pursuant to 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED.

GRANTED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

December 7, 2010
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE